# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GONZALEZ, | CASE NO. CV-F-07-1113-LJO-GSA |
| Plaintiff, | SCHEDULING CONFERENCE ORDER |
| v. | Expert Disclosure:            April 10, 2009 |
| KERN COUNTY ASSOCS., L.P., et al., | Supplemental |
| Defendants. | Expert Disclosure:          April 24, 2009 |
| _____/ | Nonexpert |
| | Discovery Cutoff:           March 13, 2009 |
| | Expert |
| | Discovery Cutoff:           May 29, 2009 |
| | Pretrial |
| | Motion Filing |
| | Deadline:                       July 10, 2009 |
| | Pretrial Motion |
| | Hearing Deadline:          August 12, 2009 |
| | Settlement Conf.:            T.B.D. |
| | Pretrial Conf.:                Date:   September 1, 2009 |
| | Time:  8:30 a.m. |
| | Dept.: 4 (LJO) |
| | Jury Trial:                       Date:   October 13, 2009 |
| | (5-8 days est.)              Time:  9 a.m. |
| | Dept.: 4 (LJO) |
| _____/ | |

On March 13, 2008, this Court conducted a mandatory scheduling conference in Courtroom 4 (LJO).  Plaintiff Alejandro Gonzalez ("plaintiff") appeared by telephone by counsel Ellen C. Dove, Law Offices of Ellen Dove.  Defendants Kern County Associates, doing business as Golden West Casino, Scott Miller, Randy Watkins, and Nadar Tafty, ("defendants") appeared by counsel Mark D. Kruthers, Dowling, Aaron, & Keeler.  Pursuant to Fed. R. Civ. P. 16(b), this Court sets a schedule for this action.

**1.      Amendments to Pleadings**

1

1    The parties do not intend to amend their respective pleadings.

2    **2.      Consent To Magistrate Judge**

3    Counsel for the parties do not consent to the conduct of all further proceedings, including trial,

4    before a United States Magistrate Judge.

5    **3.      Expert Witnesses**

6    Any expert witness disclosures shall be served no later than **April 10, 2009.**  Any supplemental

7    expert witness disclosures by any party shall be served no later than **April 24, 2009.**  Such disclosures

8    must be made pursuant to F.R.Civ.P. 26(a)(2)(A) and (B) and shall include all information required

9    thereunder.  In addition, F.R.Civ.P. 26(b)(4) and F.R.Civ.P. 26(e) shall specifically apply to all discovery

10   relating to expert witnesses and their opinions.  Each expert witness must be fully prepared to be

11   examined on all subjects and opinions included in the designations.  Failure to comply with these

12   requirements will result in the imposition of appropriate sanctions, which may include the preclusion

13   of testimony or other evidence offered through the expert witness.  In particular, this Court will enforce

14   preclusion of testimony or other evidence if F.R.Civ.P. 26(e) is not strictly complied with.

15   **4.      Discovery Cutoff**

16   All nonexpert discovery and related discovery motions (including motions to compel) shall be

17   completed or heard no later than **March 13, 2009.**  All expert discovery and related discovery motions

18   (including motions to compel) shall be completed or heard no later than **May 29, 2009.**

19   **5.      Pretrial Motion Schedule**

20   All pretrial motions, both dispositive and nondispositive (except discovery motions addressed

21   above), shall be served <u>and filed</u> no later than **July 10, 2009.**  All pretrial dispositive and nondispositive

22   motions (except discovery motions addressed above) shall be set before the appropriate judge for a

23   hearing to be conducted no later than **August 12, 2009.**

24   At the pretrial conference, the Court will set filing and hearing dates for motions in limine.

25   **6.      Mandatory Settlement Conference**

26   The parties are directed to contact the Court at (559) 499-5680, in the event they wish to schedule

27   a settlement conference.

28   **7.      Pretrial Conference**

2

1    A pretrial conference is set for **September 1, 2009 at 8:30 a.m. in Courtroom 4 (LJO).**  The

2  parties are directed to file a joint pretrial statement which complies with the requirements of this Court's

3  Local Rule 16-281.  In addition, the joint pretrial statement should include a brief factual summary and

4  an agreed upon neutral statement of the case.  The parties are further directed to email an additional copy

5  of their pretrial statement, formatted for WordPerfect 8.0, if possible, to ljoorders@caed.uscourts.gov.

6    The parties' attention is directed to this Court's Local Rules 16-281 and 16-282.  The Court will

7  insist upon strict compliance with those rules.

8    At the pretrial conference, the Court will set deadlines, among others, to file motions in limine,

9  final witness and exhibits lists, objections thereto, and other trial documents.

10  **8.    Trial Date**

11    A jury trial is set for **October 13, 2009 at 9 a.m.** in Courtroom 4 (LJO).  The parties estimate

12  that trial will last 5-8 days.

13    The parties' attention is directed to this Court's Local Rule 16-285.

14  **9.    Effect Of This Order**

15    This order represents the best estimate of the Court and parties as to the agenda most suitable to

16  dispose of this case.  If the parties determine at any time that the schedule outlined in this order cannot

17  be met, the parties are ordered to notify the Court immediately of that fact so that adjustments may be

18  made, either by stipulation or by subsequent status conference.

19    Stipulations extending the deadlines contained herein will not be considered unless they are

20  accompanied by affidavits or declarations with attached exhibits, where appropriate, which establish

21  good cause for granting the relief requested.

22    Failure to comply with this order shall result in the imposition of sanctions.

23    IT IS SO ORDERED.

24  **Dated:    March 13, 2008**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

25

26

27

28

3