IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GONZALEZ, | CASE NO. CV F 07-1113 LJO GSA |
| Plaintiff, | **ORDER TO RESET TRIAL** |
| vs. | |
| KERN COUNTY ASSOCS., L.P., et al, | |
| Defendants. / | |

  Due to a conflict in the Court's schedule, this Court RESETS trial to start on September 30, 2009 at 8:30 a.m. in Department 4 (LJO). The trial will be concluded no later than October 8, 2009 to accommodate the Court's calendar. The Court will conduct full trial days, and counsel are to conduct trial matters expediently. If the reset date conflicts with the calendars of the parties' counsel, this Court ORDERS counsel to confer on a new date and file a stipulation and proposed order to reset the trial.

  IT IS SO ORDERED.

**Dated:**  **January 9, 2009**       **/s/ Lawrence J. O'Neill**
                   UNITED STATES DISTRICT JUDGE

1