Daniel K. Klingenberger  #131134
Mark D. Kruthers  #179750
Jeffrey P. Davis  #166484
**DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500 / Fax: (559) 432-4590
Email: dklingenberger@daklaw.com
   mkruthers@daklaw.com
   jdavis@daklaw.com

Attorneys for Defendants KERN COUNTY ASSOCIATES, L.P., dba GOLDEN WEST CASINO, SCOTT MILLER, RANDY WATKINS and NADER TAFTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALEJANDRO GONZALEZ, | Case No. 1:07-CV-01113-LJO |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSSAL AND ORDER** |
| vs. | |
| KERN COUNTY ASSOCIATES, L.P., dba GOLDEN WEST CASINO, SCOTT MILLER, RANDY WATKINS, NADAR TAFTY and DOES 1 through 20, et al. | |
| Defendants. | |



STIPULATION OF DISMISSAL AND ORDER

1    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

The parties agree to a mutual waiver of attorneys' fees and costs.

Dated:   July 21, 2009         DOWLING, AARON & KEELER INC.


                               By:  /s/
                                   DANIEL K. KLINGENBERGER
                                   Attorney for Defendants KERN COUNTY
                                   ASSOCIATES, L.P., dba GOLDEN WEST
                                   CASINO, SCOTT MILLER, RANDY
                                   WATKINS and NADER TAFTY


Dated:   July 15, 2009         LAW OFFICES OF ELLEN C. DOVE


                               By:  /s/
                                   ELLEN C. DOVE
                                   Attorney for Plaintiff ALEJANDRO
                                   GONZALEZ

IT IS SO ORDERED.  The clerk is directed to close this action in its entirety.

Dated:   July 22, 2009         /s/ Lawrence J. O'Neill_____
                               LAWRENCE J. O'NEILL
                               UNITED STATES DISTRICT JUDGE

